**J. A. Steele, appellee, v. F. R. Johnston, appellant.**
Assumpsit for damages for failure to comply with contract for digging a ditch. Judgment for plaintiff. Appeal from the Circuit Court of Johnson county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.
H. A. Spann, for appellant. O. R. Morgan, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Charles Fisher, appellant, v. Hazel Fisher, appellee.**
Bill for divorce by husband on ground of desertion and custody of child. Cross bill by wife. Decree of divorce for wife on ground of extreme and repeated cruelty. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded. Opinion filed July 2, 1923.
Burton & Burton, for appellant. Willie & Dunham, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**John Sandlin, appellant, v. J. J. Flexter et al., appellees.**
Bill for reformation of a mortgage, and for specific performance to execute and deliver note thereon. Bill dismissed. Appeal from the Circuit Court of Wayne county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.
Creighton & Thomas, for appellant. Herbert T. Kerr and Virgil W. Mills, for appellees; Carrol C. Boggs, of counsel.
Mr. Justice Higbee delivered the opinion of the court.

---

**Mary Dailey, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant.**
Assumpsit on beneficiary life certificate. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.
William P. Launtz, for appellant. Farthing, Boyles & Farthing, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Mike Murgic, appellee, v. Fort Dearborn Casualty Underwriters, appellant.**
Assumpsit on policy of automobile insurance. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded. Opinion filed July 2, 1923.
William P. Launtz and Murphy O. Tate, for appellant. Beasley & Zulley, for appellee.
Mr. Justice Higbee delivered the opinion of the court.